## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 08-10832 (CSS) |
| LINENS HOLDING CO., et al.,[1] | |
| | Substantively Consolidated |
| Debtors. | |
| CHARLES M. FORMAN, Chapter 7 Trustee for the Estates of LINENS HOLDING CO., et al., | |
| Plaintiffs, | Adv. Pro. Nos. Listed on Exhibit |
| v. | |
| Defendants Listed on Exhibit | |

## STATUS REPORT

Charles M. Forman, the Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the substantively consolidated estates of Linens Holding Co., *et al.*, hereby files this status report in accordance with the Court's procedures. The information contained in this Report is intended to reflect available information as of July 15, 2011.

---

[1] The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Linens Holding Co. (2917), Linens 'n Things, Inc. (3939), Linens 'n Things Center, Inc. (0138), Bloomington, MN., L.T., Inc. (8498), Vendor Finance, LLC (5543), LNT, Inc. (4668), LNT Services, Inc. (2093), LNT Leasing II, LLC (4182), LNT West, Inc. (1975), LNT Virginia LLC (9453), LNT Merchandising Company LLC (2616), LNT Leasing III, LLC (3599) and Citadel LNT, LLC (2479). The Debtors' respective estates have been substantively consolidated, and are collectively referred to herein as the "Debtors."

**Status A**

Service has not been completed in the cases listed under this status header. There are a variety of reasons why service has not been completed in the cases listed. The Plaintiff expects to complete service as soon as possible.

**Status B**

Service has been completed, but answers are still due in the cases listed under this status header. The Plaintiff expects the defendants in the listed cases to file answers as soon as possible.

**Status C**

No answer has been filed in the identified adversary proceedings, and the Plaintiff may have granted the Defendant an extension to answer. Regardless, if the matter is not resolved, the Defendant will answer the complaint or the Plaintiff will either (i) seek entry of a default judgment or (ii) rectify any issues with respect to service of the complaint. Nothing in this Status Report should be construed as an agreement by the Plaintiff to extend a defendant's time to answer a complaint.

**Status D**

A motion for approval of a settlement under Federal Rule of Bankruptcy Procedure 9019 has been filed with the Court in the cases listed under this status, and said motion(s) may currently be pending Court approval.

**Status E**

The cases listed under this status are cases where a settlement in principle has been reached, but a notice/stipulation of dismissal is not ready to be filed. There are a variety of reasons why the notice/stipulation of dismissal is not ready to be filed, including the following: (i) the parties may still be in the process of agreeing on the terms of a writing which documents the settlement, and (ii) the notice required under the settlement procedures previously approved by this Court was not given. The Plaintiff expects to consummate the listed settlements in principle as soon as possible.

**Status F**

Service is complete, an answer has been filed and discovery/disclosures either will be getting underway or are underway in the identified adversary proceedings. The Plaintiff anticipates that discovery and further litigation in the identified adversary proceedings will proceed in accordance with scheduling orders entered or to be entered by this Court.

**Status G**

     The parties are either (i) in the process of scheduling the matters identified for mediation or (ii) working to resolve the matters with the assistance of a mediator.

**Status H**

     None

**Status I**

     Dispositive motions are pending in the matters listed.

**Status J**

     The matters listed involve defendants that have filed for bankruptcy protection. The Plaintiff's rights with respect to, *inter alia*, whether the automatic stay in such cases applies to the below-referenced matters are fully reserved.

**Status K**

     None

Dated: July 29, 2011                    CIARDI CIARDI & ASTIN

 

Joseph J. McMahon, Jr. (No. 4819)
919 Market Street, Suite 700
Wilmington, DE 19801
Phone: (302) 658-1100
Fax: (302) 658-1300
jmcmahon@ciardilaw.com

*Counsel for Charles M. Forman,*
*Chapter 7 Trustee*

| Case Status | Defendant | Case Number |
|---|---|---|
| F | ALG WORLWIDE LOGISTICS LLC | 11-51682 (CSS) |
| | ALPINE MECHANICAL SERVICES LLC | 11-51821 (CSS) |
| | BIRDDOG SOLUTIONS | 11-51683 (CSS) |
| | BURNES HOME ACCENTS LLC | 09-51948 (CSS) |
| | CMA CGM SOLUTIONS (AMERICA), LLC d/b/a CMA CGM (AMERICA) | 11-51689 (CSS) |
| | COLONIAL CANDLE OF CAPE COD & | 11-51819 (CSS) |
| | COMTRAK LOGISTICS INC | 11-51695 (CSS) |
| | COSCO CONTAINER LINES AMERICAS, INC. (Cass) | 11-51698 (CSS) |
| | DART INTERNATIONAL, INC. | 11-51704 (CSS) |
| | HARDIN DELIVERY INC | 11-51715 (CSS) |
| | HUB GROUP NEW YORK-NEW JERSEY, LLC d/b/a HUB CITY N Y-N J TERMINALS INC | 11-51716 (CSS) |
| | HUB GROUP, INC. d/b/a HUB GROUP ASSOCIATES INC | 11-51717 (CSS) |
| | HYUNDAI MERCHANT MARINE | 11-51718 (CSS) |
| | MOL AMERICA INC. (Cass) | 11-51687 (CSS) |
| | REGAL HOME COLLECTIONS INC. | 09-50940 (CSS) |
| | SCHINDLER ELEVATOR CORP. | 11-51826 (CSS) |
| | Techtronic Industries t/a Hoover | 11-51834 (CSS) |
| | TRANSPORT CORP OF AMERICA INC | 11-51699 (CSS) |
| | TRI-DIM FILTER CORP. | 11-51832 (CSS0 |
| | UNITED PARCEL SERVICE, INC. | 11-51707 (CSS) |
| | UNITED PARCEL SERVICE, INC. d/b/a UPS | 11-51705 (CSS) |
| | UNYSON LOGISTICS | 11-51708 (CSS) |
| | UPS GROUND FREIGHT, INC. d/b/a UPS FREIGHT | 11-51710 (CSS) |
| | UPS SUPPLY CHAIN SOLUTIONS, INC. d/b/a UPS SCS and d/b/a UPS SCS ATLANTA (Cass) | 11-51712 (CSS) |
| | Vendor Development Group, Inc. | 11-51836 (CSS) |
| | WIEDENBACH-BROWN CO.,INC. | 11-51838 (CSS0 |

**A**

| | Defendant | Case Number |
| --- | --- | --- |
| | Adesso Inc | 11-50082 (CSS) |
| | CENTRAL HUDSON GAS & ELEC. | 09-53278 (CSS) |
| | Echo Valley | 11-50122 (CSS) |
| | Pacific Glow Ltd | 11-50160 (CSS) |
| | Parth Overseas | 11-50079 (CSS) |
| | Richgreen Enterprises Co., Ltd | 11-50090 (CSS) |
| | Royal Trade Limited | 11-50095 (CSS) |
| | Sunjoy Industries Group Limited | 11-50164 (CSS) |
| | Syratech Acquisition Corporation | 11-50166 (CSS) |
| | Wintex International Ltd. | 11-50158 (CSS) |
| | Xiamen Good Forever Industrial Co., Ltd | 11-50161 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| B | | |
| | LAWSON SOFTWARE, INC. | 11-51827 (CSS) |
| | ULTRA LOGISTICS INC | 11-51703 (CSS) |

.

| Case Status | Defendant | Case Number |
|---|---|---|
| C | | |
| | Abhishe  Industries Inc. | 11-50075 (CSS) |
| | Alco Industries | 11-50088 (CSS) |
| | CHECKPOINT (EAS) | 11-51825 (CSS) |
| | CL AMERICA | 09-52994 (CSS) |
| | CL AMERICAN HOLDINGS, LLC d/b/a CL AMERICA | 11-51685 (CSS) |
| | COMBINENET, INC. d/b/a COMBINENET | 11-51692 (CSS) |
| | CONDE NAST (MODERN BRIDE CON.) | 09-53001 (CSS) |
| | Cotton Connection PVT Ltd. | 10-55424 (CSS) |
| | Crest  ood Partners, LLC d/b/a S  iss Tech Products | 11-50116 (CSS) |
| | Decorative Living LLC | 11-50117 (CSS) |
| | EPES TRANSPORT SYSTEM INC | 11-51709 (CSS) |
| | Evergreen Funds (re-filed) | 10-55427 (CSS) |
| | FEDE  CORP | 11-51713 (CSS) |
| | Gibson Overseas, Inc. (CIT) | 11-51728 (CSS) |
| | GT Media, Inc. (re-filed) | 10-55367 (CSS) |
| | Hong Kong Wision Company Limited | 11-50080 (CSS) |
| | Hudson Mar  eting Group, LLC | 10-55432 (CSS) |
| | INTP Inc. / World Source | 11-50091 (CSS) |
| | KEYSTONE FREIGHT CORP | 11-51719 (CSS) |
| | Mare  -USA, Inc. | 11-50135 (CSS) |
| | Matador USA LLC | 11-50136 (CSS) |
| | Morgan Home Fashions (HK) Ltd | 11-50142 (CSS) |
| | NATIONAL RETAIL TRANSPORTATION, INC. | 11-51688 (CSS) |
| | NRT, LLC | 11-51690 (CSS) |
| | PRECIDIO INC. | 09-51275 (CSS) |
| | SAL-SON LOGISTICS | 11-51693 (CSS) |
| | SEABRIDGE INTERNATIONAL, INC. d/b/a SEABRIDGE INT L SHIPPING INC | 11-51694 (CSS) |
| | Springfield Precision Instruments, Inc. | 11-50159 (CSS) |
| | Such International Inc. | 11-50162 (CSS) |
| | TRANS PORT AMERICA, INC. d/b/a TRANSPORT AMERICA | 11-51697 (CSS) |
| | U S LINES, LLC | 11-51701(CSS) |
| | WILLOWBROOK COMPANY, THE | 11-51839 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| D | | |
| | CRISA CORP. | 09-51280 (CSS) |
| | Dior International Ltd. | 11-50118 (CSS) |
| | FOCUS PRODUCTS GROUP LLC | 09-51192 (CSS) |
| | IBM CREDIT LLC | 09-53150 (CSS) |
| | LEGGETT & PLATT CHARLESTON | 09-51103 (CSS) |
| | ONTEL PRODUCTS CORPORATION | 09-51265 (CSS) |
| | PSE & G | 09-53176 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| E | | |
| | A HARNISH PRODUCTION | 09-52875 (CSS) |
| | ADT SECURITY SERVICES | 09-52876 (CSS) |
| | ALABAMA POWER | 09-52882 (CSS) |
| | AMBROSI | 09-52888 (CSS) |
| | AMERICAN RIVER INTERNATIONAL | 11-51823 (CSS) |
| | ANL-USL AGENCIES | 09-52898 (CSS) |
| | AON RISK SERVICES INC OF NY | 09-52900 (CSS) |
| | ARTISSIMO | 09-51133 (CSS) |
| | AT&T | 09-52911 (CSS) |
| | AVISTA UTILITIES | 09-53277 (CSS) |
| | BOSS FACILITY SERVICES, INC. | 09-52942 (CSS) |
| | BRAINTREE ELECTRIC L DEPT | 09-52944 (CSS) |
| | BUDGET TRUCK RENTAL LLC | 09-52955 (CSS) |
| | CASABELLA HOLDINGS LLC IMPORT | 09-51949 (CSS) |
| | CHURCH AND DWIGHT | 09-51167 (CSS) |
| | CLICK CLACK U.S.,INC. | 09-51243 (CSS) |
| | COMMONWEALTH GAS | 09-52996 (CSS) |
| | CON EDISON | 09-53279 (CSS) |
| | CONVERTING, INC. | 09-51166 (CSS) |
| | CORE TECHNOLOGY | 11-51828 (CSS0 |
| | COSCO CONTAINER LINES | 09-53010 (CSS) |
| | Cosco Container Lines Americas, Inc. | 10-55423 (CSS) |
| | DELAWARE RIVER LAND CO., LLC | 09-53031 (CSS) |
| | DELMARVA POWER | 09-53032 (CSS) |
| | DETROIT EDISON | 09-53033 (CSS) |
| | DEXAS INTERNATIONAL INC. | 09-51301 (CSS) |
| | DIGITAL COLOR CONCEPTS INC. | 09-53035 (CSS) |
| | DMX MUSIC | 09-53038 (CSS) |
| | DOMINION VIRGINIA POWER | 09-53040 (CSS) |
| | DOWN LITE INTERNATIONAL | 09-51305 (CSS) |
| | DYSON INCORPORATED | 09-50917 (CSS) |
| | EASTERN FREIGHT WAYS INC | 11-51706 (CSS) |
| | ELECTROLUX HOME CARE PRODUCTS NORTH | 09-51240 (CSS) |
| | ELI  ABETHTOWN GAS | 09-53063 (CSS) |

| | Defendant | Case Number |
|---|---|---|
| | EPB | 09-53085 (CSS) |
| | EVERCARE COMPANY, THE | 09-51440 (CSS) |
| | FALCON PAYMASTERS | 09-53034 (CSS) |
| | FETCO HOME D COR INC. | 09-51183 (CSS) |
| | Fiesta Products, LLC | 11-50124 (CSS) |
| | G & S UNLIMITED INC. | 11-51820 (CSS) |
| | GIFT CARD PARTNERS, INC. | 11-51822 (CSS) |
| | GOURMET SETTINGS L/C | 09-51213 (CSS) |
| | GREEN MOUNTAIN POWER | 09-53141 (CSS) |
| | GREYSTONE POWER | 09-53143 (CSS) |
| | GSI COMMERCE SOLUTIONS, INC. | 09-53144 (CSS) |
| | GULF POWER | 09-53145 (CSS) |
| | HAMILTON BEACH PROCTOR SILE | 09-51211 (CSS) |
| | HAMPTON DIRECT | 09-51216 (CSS) |
| | HARBORTOWN INDUSTRIES, INC/IMPORT | 09-51222 (CSS) |
| | HMS MFG. CO. | 09-51229 (CSS) |
| | HOPE COMPANY, THE | 09-51438 (CSS) |
| | HWI USA | 09-51795 (CSS) |
| | INDIANAPOLIS POWER & LIGHT CO | 09-53155 (CSS) |
| | INFINITE ENERGY, INC. | 09-53156 (CSS) |
| | IRIS USA, INC. | 09-51242 (CSS) |
| | JCP & L | 09-53165 (CSS) |
| | JEA | 09-53167 (CSS) |
| | KANSAS CITY POWER & LIGHT | 09-53170 (CSS) |
| | KREBER | 11-51824 (CSS) |
| | L.A.DEPT OF WATER & POWER | 09-53196 (CSS) |
| | Lamont Limited | 11-50110 (CSS) |
| | LENNO INDUSTRIES INC. | 09-53203 (CSS) |
| | LIBBEY (GLASSWARE) | 09-51366 (CSS) |
| | LINON HOME DECOR PRODUCTS INC. | 09-51365 (CSS) |
| | LIPA | 09-53217 (CSS) |
| | MEDELCO INC. | 09-51357 (CSS) |
| | METRO THEBE DBA BREVILLE USA | 09-51359 (CSS) |
| | METROKANE IMPORTS | 09-51362 (CSS) |
| | MICROSOFT LICENSING, GP | 09-52869 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| | MIDDLE TENNESSEE ELE. | 09-52870 (CSS) |
| | NATIONAL CITY BANK n/ /a THE PNC FINANCIAL SERVICE | 09-52887 (CSS) |
| | NATIONAL GRID | 09-52891 (CSS) |
| | NEATNI | 09-51256 (CSS) |
| | NEVADA POWER COMPANY | 09-52936 (CSS) |
| | NEW YORK STATE ELECTRIC AND GAS CORPORATION a/ /a NYSEG | 09-52988 (CSS) |
| | Northeast Utilities Service Company | 11-51829 (CSS) |
| | OG & E | 09-53000 (CSS) |
| | OHIO EDISON | 09-53004 (CSS) |
| | OMT Enterprises, Inc. | 11-50150 (CSS) |
| | ORION IP LLC | 09-53025 (CSS) |
| | PARTNERSOURCE,INC. | 09-53076 (CSS) |
| | PASADENA WATER & POWER | 09-53079 (CSS) |
| | PECO ENERGY | 09-53082 (CSS) |
| | PENELEC | 09-53101 (CSS) |
| | PIEDMONT NATURAL GAS CO. | 09-53105 (CSS) |
| | PNM ELECTRIC & GAS SERVICES | 09-53116 (CSS) |
| | POPCORN WHOLESALE,LLC | 09-51270 (CSS) |
| | PREMIER TRANSPORTATION INC | 11-51691 (CSS) |
| | PROGRESS ENERGY FLORIDA | 09-53174 (CSS) |
| | PSNH | 09-53179 (CSS) |
| | RA OR USA LLC | 09-51783 (CSS) |
| | RED CAR INC | 09-53187 (CSS) |
| | REDI SHADE, INC. | 09-51364 (CSS) |
| | RIGHT ANSWERS, INC. | 09-53189 (CSS) |
| | ROYAL APPLIANCE MFG. CO. | 09-51376 (CSS) |
| | RYDER TRANSPORATION SERVICES | 09-53199 (CSS) |
| | SAN DIEGO GAS & ELECTRIC | 09-53226 (CSS) |
| | SIERRA PACIFIC | 09-53246 (CSS) |
| | SJG | 11-51831 (CSS) |
| | SOUTH JERSEY GAS CO | 09-53259 (CSS) |
| | SOUTHWESTERN ELECT POWER | 09-53253 (CSS) |
| | SPECTRUM HOME FASHIONS, INC. | 09-51327 (CSS) |
| | SRP | 09-53251 (CSS) |
| | STRATEGIC ENERGY | 09-53244 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| | SWIFT TRANSPORTATION CO INC | 11-51696 (CSS) |
| | Test Rite International Co., Ltd. | 11-50146 (CSS) |
| | TE AS ALLIANCE GROUP, INC. | 09-53211 (CSS) |
| | THE HERT CORP. | 09-53213 (CSS) |
| | TOLAND INTERNATIONAL LTD. IMPORT | 09-51342 (CSS) |
| | TOLEDO EDISON | 09-53237 (CSS) |
| | TUCSON ELECTRIC POWER CO. | 09-53256 (CSS) |
| | UNDER THE ROOF DECORATING USA LLC | 09-51347 (CSS) |
| | UPS TRADE MANAGEMENT | 09-51112 (CSS) |
| | VECTREN ENERGY DELIVERY | 09-53223 (CSS) |
| | VETERANS WORLDWIDE MAINT | 11-51837 (CSS) |
| | VF SPORTSWEAR | 09-50512 (CSS) |
| | WASHINGTON GAS | 09-53166 (CSS) |
| | WELSPUN TERRY TOWELS - IMPORT - | 09-51386 (CSS) |
| | WESSEL FRAGRANCES INC. | 09-53173 (CSS) |
| | WEST BEND HOUSEWARES LLC | 09-51388 (CSS) |
| | WESTON GALLERY, THE L/C | 09-51426 (CSS) |
| | Windstream Concord Telephone, Inc. | 10-55450 (CSS) |
| | WMS TRADE GROUP INC | 09-51402 (CSS) |
| | YANKEE GAS SERVICE CO. | 09-53210 (CSS) |
| | YLISS USA CORP. | 09-51391 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| F | | |
| | Acme International Enterprises | 11-50078 (CSS) |
| | Alco Consumer Products Inc. | 11-50085 (CSS) |
| | American Oak Preserving Co. Inc. | 11-50092 (CSS) |
| | APEX PRODUCTS, LLC | 09-51132 (CSS) |
| | Azim Tekstil d/b/a The Turkish Towel Co. | 11-50097 (CSS) |
| | Barbantia USA | 11-51727 (CSS) |
| | Beakie Lee and Co., Ltd. | 11-50100 (CSS) |
| | Beauty Art India | 11-50102 (CSS) |
| | Ben Kaufman Sales Inc. d/b/a Kaufman Sales | 11-51732 (CSS) |
| | Better Things LLC | 11-50104 (CSS) |
| | Boraam Industries | 11-50105 (CSS) |
| | Boston Warehouse Trading Corp. (T) | 11-50107 (CSS) |
| | C.C.A. International, Inc. | 11-50109 (CSS) |
| | CASA CREATIONS, INC. | 09-51163 (CSS) |
| | Char-Broil, LLC | 11-50113 (CSS) |
| | Cobraco Manufacturing, Inc. | 11-50114 (CSS) |
| | DECORATIVE LIVING INC IMPORT | 09-51298 (CSS) |
| | Decorative Living LLC | 11-50117 (CSS) |
| | Divatex Home Fashions Inc. | 11-50119 (CSS) |
| | Don Wasserman International, Inc. | 11-50120 (CSS) |
| | Dragon Key Co., Ltd. | 11-50121 (CSS) |
| | Emess Design Group | 11-50123 (CSS) |
| | EMMET, MARVIN & MARVIN, LLP | 09-53066 (CSS) |
| | Executive Trading Company, Ltd. d/b/a Dioni | 10-55364 (CSS) |
| | FINANCO | 09-53049 (CSS) |
| | Foremost Groups, Inc | 11-50125 (CSS) |
| | Funrise, Inc. | 11-50126 (CSS) |
| | G.S.C. Technology Corp. | 10-55366 (CSS) |
| | Gibson Overseas, Inc. | 11-50127 (CSS) |
| | Glenoit LLC | 11-50128 (CSS) |
| | Global Brand Marketing, Inc. | 10-55430 (CSS) |
| | GOLDEN GT, LLC | 09-51209 (CSS) |
| | GRANT HOWARD ASSOCIATES | 09-51215 (CSS) |
| | GSI Homestyles, Inc. | 11-50129 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| | GTT International, Inc. | 11-51729 (CSS) |
| | Harbour Sourcing International Ltd. | 11-50130 (CSS) |
| | HEWLETT PACKARD COMPANY | 09-53147 (CSS) |
| | Hillsdale Furniture | 11-50131 (CSS) |
| | Home Niches Inc | 11-50076 (CSS) |
| | Homewell Corporation Ltd. | 11-50077 (CSS) |
| | Hosley International Trading Corp. | 11-50083 (CSS) |
| | HOSLEY INTL TRADING CORP / IMPORT | 09-51233 (CSS) |
| | Hugfun Intl., Inc. | 11-50086 (CSS) |
| | ICI USA | 11-50089 (CSS) |
| | IGX Global, Inc. | 10-55434 (CSS) |
| | India Ink, Inc. | 11-51730 (CSS) |
| | Jarden Consumer Solutions (T) | 11-50094 (CSS) |
| | Jay At Play International Hong Kong Limited | 11-50096 (CSS) |
| | JAY AT PLAY INTL H.K. LTD. L/C | 09-51247 (CSS) |
| | JLR Gear/National Broom | 11-50101 (CSS) |
| | Jollen Home Creation Ltd. | 11-50103 (CSS) |
| | Josie Accessories, Inc dba Elrene Home Fashions | 11-50106 (CSS) |
| | Jumpin Banana, LLC | 11-50108 (CSS) |
| | Jumpin Banana, LLC (CIT) | 11-51731 (CSS) |
| | KITCHEN AID PORTABLE APPLIANCES | 09-51255 (CSS) |
| | KITCHEN ART INC. | 09-51248 (CSS) |
| | Layton Home Fashions, Inc d/b/a Newport/Layton Home Fashions | 11-51733 (CSS) |
| | Libra Pacific Co., Ltd. | 11-50111 (CSS) |
| | Lipper International Inc | 10-55370 (CSS) |
| | Lush Life, Inc. | 11-50132 (CSS) |
| | Mac Sports | 11-50133 (CSS) |
| | Manley Toys Limited | 11-50134 (CSS) |
| | MAYER LABS PRESS, INC. | 09-52864 (CSS) |
| | MAYO STUDIOS | 09-52865 (CSS) |
| | MCS Industries, Inc | 11-50137 (CSS) |
| | Meco Corporation | 11-50138 (CSS) |
| | Merry Chance Industries Ltd | 11-50139 (CSS) |
| | Miracles 4 Fun LLC | 11-50141 (CSS) |
| | MISTO INTERNATIONAL LLC | 09-51363 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| | NCR | 09-52894 (CSS) |
| | NETPRO COMPUTING INC. | 09-52933 (CSS) |
| | Neu International Company Ltd. | 11-50143 (CSS) |
| | NEWELL NORMAND | 09-52946 (CSS) |
| | O.W. Holdings, Inc. - U.S.A. f/k/a Oriental Weavers of America | 11-51735 (CSS) |
| | Oneida Ltd. | 11-50152 (CSS) |
| | Onward Manufacturing Company Limited | 11-50155 (CSS) |
| | Organize It-All, Inc. | 11-51734 (CSS) |
| | Over Top International Limited | 11-50157 (CSS) |
| | PATHMARK STORES, INC. | 09-53081 (CSS) |
| | PRECIDIO INC. | 09-51275 (CSS) |
| | Precidio Inc. (T) | 11-50081 (CSS) |
| | Precision Products Plus, Inc. | 11-50084 (CSS) |
| | RGI, Inc. | 11-50087 (CSS) |
| | Rimol (HK) Company | 11-50093 (CSS) |
| | RMI, INC. | 09-53191 (CSS) |
| | Rockland Industries, Inc. | 11-51736 (CSS) |
| | ROW RESOURCES, INC. | 09-53197 (CSS) |
| | Sam Hedaya Corporation | 11-50140 (CSS) |
| | SAM HEDAYA LINENS | 09-51377 (CSS) |
| | Sapota International Ltd. | 11-50148 (CSS) |
| | SECURITY SOURCE | 09-53236 (CSS) |
| | SG Footwear/Messer Group, Inc. | 11-51737 (CSS) |
| | Shonfelds USA Inc. | 11-50154 (CSS) |
| | SOLUTRAN INC. | 09-53260 (CSS) |
| | Stylemaster Fabrics, Inc. | 11-51738 (CSS) |
| | Sunham Home Fashions LLC | 11-50163 (CSS) |
| | Taipro Co., Ltd | 11-50168 (CSS) |
| | TAMPA ELECTRIC | 09-53205 (CSS) |
| | Techno Source | 11-50144 (CSS) |
| | Texstyle, LLC | 11-50147 (CSS) |
| | The CIT Group/Commercial Services, Inc. | 11-51742 (CSS) |
| | The Hammock Source | 11-51739 (CSS) |
| | The Medleh Group Management Company | 10-55444 (CSS) |
| | The Pomeroy Collection, Ltd. | 11-51740 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| | Tigon Lighting Co., Ltd. | 10-55446 (CSS) |
| | TRANS OCEAN IMPORT CO INC | 09-51343 (CSS) |
| | U S XPRESS, ENTERPRISES, INC. | 11-51702 (CSS) |
| | Uprite International Co. | 11-50149 (CSS) |
| | Vamaltex, Comercio De Texteis LDA | 11-50151 (CSS) |
| | VERSAILLES HOME FASHIONS INC. | 09-51378 (CSS) |
| | VISION FINANCIAL CORP. | 09-53230 (CSS) |
| | Vision Point of Sale, Inc. (re-filed) | 10-55448 (CSS) |
| | Wire World of America, Inc. | 11-51741 (CSS) |
| | WORLD KITCHEN INC. | 09-51385 (CSS) |
| | Yotrio International LLC | 11-50167 (CSS) |
| | Yungjohann Hillman Co. Inc. | 10-55373 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| G | | |
| | ACME INT ENTERPRISES, INC. IMPORT | 09-51123 (CSS) |
| | ALLIANCE WASTE SOLUTIONS, INC. | 09-51093 (CSS) |
| | AMERICAN CENTURY HOME FABRICS INC. | 09-51127 (CSS) |
| | AMERICAN E PRESS | 09-52895 (CSS) |
| | AMERICAN TE TILE COMPANY | 09-51945 (CSS) |
| | ANCHOR AC UISITION, LLC | 09-51130 (CSS) |
| | ARROW PLASTIC MANUFACTURING COMPANY | 09-51787 (CSS) |
| | AUTOMATIC DATA PROCESSING | 09-52914 (CSS) |
| | BACOVA GUILD, LTD. | 09-51142 (CSS) |
| | Bath By To n & Country, Inc. | 10-55363 (CSS) |
| | BEME INTERNATIONAL LLC | 09-50886 (CSS) |
| | BEN ELS BRET EL BAKERY | 09-51147 (CSS) |
| | BETTER SLEEP INC. | 09-51149 (CSS) |
| | BLUE RIDGE HOME FASHIONS, INC. | 09-51150 (CSS) |
| | BOBS STORES | 09-52940 (CSS) |
| | BOSTON WAREHOUSE TRADING CORP. | 09-51153 (CSS) |
| | Brant Screen Craft, Inc. | 10-55422 (CSS) |
| | BRITA PRODUCTS CO. | 09-51157 (CSS) |
| | BROWNSTONE GALLERY IMPORT | 09-51800 (CSS) |
| | BUGAJEWSKI FACILITY SERVICES | 09-52958 (CSS) |
| | BULLSEYE TELECOM | 09-51094 (CSS) |
| | CAPRESSO INC. | 09-51162 (CSS) |
| | CASS INFORMATION SYSTEMS, INC. | 09-52964 (CSS) |
| | CENTRAL MAINE POWER | 09-52969 (CSS) |
| | CH ROBINSON WORLDWIDE | 09-51096 (CSS) |
| | CHEFN CORPORATION | 09-51393 (CSS) |
| | CHF INDUSTRIES, INC.IMPORT | 09-50497 (CSS) |
| | CHINA SHIPPING AGENCY | 09-51097 (CSS) |
| | CIRCLE GLASS | 09-51169 (CSS) |
| | CIRCLE IMPORTS | 09-52989 (CSS) |
| | CISCO SYSTEMS, INC. | 09-52993 (CSS) |
| | CONVENIENCE VALET | 09-51164 (CSS) |
| | COPCO | 09-51168 (CSS) |
| | COSCO | 09-51171 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| | COSCO | 09-51171 (CSS) |
| | Courtyard Creations Inc. | 11-50115 (CSS) |
| | Cra ford & Company | 10-55426 (CSS) |
| | CVS CORPORATION | 09-53020 (CSS) |
| | DELICIOUS BRANDS, LLC | 09-51299 (CSS) |
| | DELONGHI AMERICA, INC. | 09-51300 (CSS) |
| | DIGITAL STORAGE SOLUTIONS INC. | 09-53036 (CSS) |
| | DISCOVER NETWORK SETTLEMENT | 09-53037 (CSS) |
| | DIVATE HOME FASHIONS INC./IMPORT | 09-50924 (CSS) |
| | DUNBAR ARMORED | 09-53054 (CSS) |
| | DU UESNE LIGHT | 09-53059 (CSS) |
| | E.MISHAN & SONS INC.(EMSON) | 09-50908 (CSS) |
| | ELLISON FIRST ASIA LLC | 09-50907 (CSS) |
| | ELMIRA UTILITY ASSOCIATES, INC | 09-53064 (CSS) |
| | ELRENE HOME FASHIONS | 09-51175 (CSS) |
| | ENTERGY | 09-53073 (CSS) |
| | EPOCA INC | 09-51179 (CSS) |
| | EVRIHOLDER PRODUCTS INC. | 09-51180 (CSS) |
| | E -CELL HOME FASHIONS, INC. | 09-50498 (CSS) |
| | FEDE TRADE NETWORKS (CAD) | 09-51099 (CSS) |
| | FLORIDA POWER & LIGHT CO | 09-53056 (CSS) |
| | FRAMED PICTURE ENTERPRISE | 09-51199 (CSS) |
| | FRONT RANGE SOLUTIONS USA | 09-53135 (CSS) |
| | Fu itsu Transaction Solutions Inc. (re-filed) | 10-55429 (CSS) |
| | Geomentum, Inc. f/ /a Ne spaper Services of America, Inc. | 10-55371 (CSS) |
| | GEORGIA POWER | 09-53139 (CSS) |
| | Godiva Chocolatier, Inc. | 10-55365 (CSS) |
| | GROUPE SEB USA | 09-50927 (CSS) |
| | HARTE-HANKS DATA TECHNOLOGIES, LLC | 09-51100 (CSS) |
| | HARVEST TRADING GROUP INC. | 09-51225 (CSS) |
| | HOME PRODUCTS INTERNATIONAL, NA | 09-51241 (CSS) |
| | HOMEDICS CORPORATION | 09-50926 (CSS) |
| | HOMER LAUGHLIN CHINA | 09-51230 (CSS) |
| | HOMESTEAD INTL GROUP/IMPORT | 09-50499 (CSS) |
| | HYUNDAI AMERICA SHIPPING AGENCY | 09-51101 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| | I.LEHRHOFF & CO. | 09-50500 (CSS) |
| | Ideal Products, LLC | 10-55369 (CSS) |
| | IMUS RANCH FOODS, INC. | 09-51237 (CSS) |
| | INTERCONTINENTAL ART INC. | 09-51246 (CSS) |
| | INTERDESIGN, INC. | 09-50939 (CSS) |
| | JARDEN CONSUMER SOLUTIONS | 09-51245 (CSS) |
| | JARDEN CONSUMER SOLUTIONS | 09-51245 (CSS) |
| | Jimco Lamp Manufacturing Co | 11-50099 (CSS) |
| | JOHN RIT  ENTHALER COMPANY | 09-51249 (CSS) |
| | JOLLEN HOME CREATION LTD L/C | 09-51250 (CSS) |
| | KAT   & ASSOCIATES CORP. | 09-53172 (CSS) |
| | KAY-DEE DESIGNS, INC. | 09-51253 (CSS) |
| | KEYSPAN ENERGY | 09-53186 (CSS) |
| | LIBERTY POWER CORP | 09-53212 (CSS) |
| | LINDENMEYER CENTRAL | 09-51116 (CSS) |
| | LONGFELLOW PRODUCTIONS INC | 09-53218 (CSS) |
| | LOUIS HORNICK & CO. | 09-51279 (CSS) |
| | MAGIC SLIDERS | 09-51307 (CSS) |
| | MARAN, INC. | 09-50504 (CSS) |
| | MARCELLA FINE RUGS | 09-51309 (CSS) |
| | Maytag Appliances Sales Company | 10-55372 (CSS) |
| | MEDICI 888, LLC IMPORT | 09-51436 (CSS) |
| | MEDPORT LLC | 09-51358 (CSS) |
| | MEYER CORP. U.S. | 09-50505 (CSS) |
| | MIDTOWN NEON SIGN CORP. | 09-52878 (CSS) |
| | NATIONAL E  PRESS | 09-51254 (CSS) |
| | NORTH SHORE GAS | 09-52974 (CSS) |
| | Office Star Products | 11-50145 (CSS) |
| | ONEIDA LTD/IMPORT | 09-51264 (CSS) |
| | ORION RETAIL SERVICES | 09-53030 (CSS) |
| | ORLANDO UTILITIES COMMISSION a/ /a OUC | 09-53067 (CSS) |
| | PACIFIC GAS & ELECTRIC | 09-53069 (CSS) |
| | PARIS TE  AS HARDWARE | 09-51266 (CSS) |
| | PEKING HANDICRAFTS | 09-51268 (CSS) |
| | PLASTON | 09-51267 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| | POLDER INC/IMPORT | 09-51269 (CSS) |
| | Potomac Electric Po er Company (re-filed) | 10-55438 (CSS) |
| | PRODUCTION VALUES, INC. | 09-53127 (CSS) |
| | PROGRESSIVE INTL CORP. | 09-51277 (CSS) |
| | PUGET SOUND ENERGY | 09-53183 (CSS) |
| | REVMAN INTERNATIONAL INC. | 09-50507 (CSS) |
| | ROBERT HALF INTERNATIONAL | 09-53195 (CSS) |
| | ROYALE LINENS | 09-50911 (CSS) |
| | S LICHTENBERG & CO., INC. | 09-51372 (CSS) |
| | Salton | 11-50098 (CSS) |
| | SANGO | 09-51312 (CSS) |
| | SANTE | 09-51785 (CSS) |
| | SCENT SATION, INC. | 09-51313 (CSS) |
| | SCHWAR | 09-51118 (CSS) |
| | SEVENTH GENERATION | 09-51317 (CSS) |
| | SHEDRAIN CORPORATION | 09-51318 (CSS) |
| | SHELDON LOBEL | 09-53239 (CSS) |
| | SIMTEC CO. | 09-51320 (CSS) |
| | SIRVA RELOCATION LLC | 09-53249 (CSS) |
| | SMART INVENTIONS | 09-51323 (CSS) |
| | SNAPWARE CORPORATION | 09-51324 (CSS) |
| | SOUTHRIDGE ASSOCIATES, LLC | 09-53255 (CSS) |
| | SPECTRUM DIVERSIFIED DESIGNS INC. | 09-51328 (CSS) |
| | SPRINGS GLOBAL | 09-51120 (CSS) |
| | SPRINT PCS | 09-53252 (CSS) |
| | ST.IVES INC AVANTI | 09-53248 (CSS) |
| | SUNBEAM PRODUCTS, INC. | 09-51326 (CSS) |
| | SUNHAM & CO (USA) INC-IMPORT | 09-50510 (CSS) |
| | Sun-Yin USA Inc | 11-50165 (CSS) |
| | TABLECRAFT PRODUCTS COMPANY | 09-51330 (CSS) |
| | TABLETOPS UNLIMITED INC/IMPORT | 09-50511 (CSS) |
| | Taunton Municipal Lighting Plant | 10-55442 (CSS) |
| | TAYLOR ENVIRONMENTAL INSTRUMENTS LP | 09-51331 (CSS) |
| | TECO | 09-53208 (CSS) |
| | TERSANO (INTERNATIONAL)SRL | 09-51339 (CSS) |

| | Defendant | Case Number |
|---|---|---|
| | TE  STYLE LLC L/C | 09-51340 (CSS) |
| | TE  TILES FROM EUROPE INC. d/b/a VICTORIA CLASSICS | 09-50914 (CSS) |
| | THE CAMBRIDGE TOWEL CORPORATION ET AL | 09-50496 (CSS) |
| | THE CIT GROUP | 09-51487 (CSS) |
| | THE CLEVELAND ELECTRIC ILLUMINATING CO. | 09-53152 (CSS) |
| | THE ILLUMINATING COMPANY | 09-53214 (CSS) |
| | TMLP | 09-53233 (CSS) |
| | TRADE AM INTERNATIONAL, INC. | 09-50915 (CSS) |
| | TRADECARD, INC. | 09-53240 (CSS) |
| | TRI-COASTAL DESIGN | 09-51345 (CSS) |
| | TRISTAR PRODUCTS INC. | 09-51346 (CSS) |
| | UGI UTILITIES, INC. | 09-53219 (CSS) |
| | UNITED FORMS FINISHING | 09-53221 (CSS) |
| | UNITED SUPPLY | 09-51348 (CSS) |
| | VENDOR DEVELOPMENT GROUP L/C | 09-51353 (CSS) |
| | VERATE  , INC. | 09-51360 (CSS) |
| | VILLA LIGHTING SUPPLY | 09-53227 (CSS) |
| | VITAL NETWORK SERVICES | 09-53232 (CSS) |
| | VON SCHWEINIT  & ASSOCIATES | 09-53235 (CSS) |
| | W.J. Hagerty & Sons Ltd Inc | 10-55368 (CSS) |
| | WALDEN ASSET GROUP LLC | 09-53162 (CSS) |
| | WELLS FARGO BANK | 09-53171 (CSS) |
| | WESTPOINT HOME INC IMPORT | 09-50916 (CSS) |
| | WHOLE SPACE INDUSTRIES LTD | 09-50942 (CSS) |
| | Windchimes by Russco III, Inc | 11-50156 (CSS) |
| | WIS INTERNATIONAL | 09-51115 (CSS) |
| | WISCONSIN PUBLIC SERV.COR. | 09-53198 (CSS) |
| | WOODLORE | 09-51381 (CSS) |
| | WYTHE-WILL DISTRBUTING LLC | 09-51958 (CSS) |
| | YANG MING CORP. | 09-53204 (CSS) |

| Case Status | Defendant | Case Number |
| --- | --- | --- |
| I | | |
| | CIGNA LIFE INS.CO.OF NEW YORK | 09-52986 (CSS) |
| | MASTERPIECE ART GALLERY | 09-51792 (CSS) |
| | STARBRIDGE CUSTODIAL ACCOUNT | 09-53245 (CSS) |

| Case Status | Defendant | Case Number |
|---|---|---|
| J | | |
| | BASIC LINE INC | 09-51145 (CSS) |
| | W-C DESIGNS INC | 09-50513 (CSS) |
| | | 493 |